# Order

**Michigan Supreme Court**
**Lansing, Michigan**

December 23, 2008

137014

Clifford W. Taylor,
Chief Justice

Michael F. Cavanagh
Elizabeth A. Weaver
Marilyn Kelly
Maura D. Corrigan
Robert P. Young, Jr.
Stephen J. Markman,
Justices

JOAN JONES,
              Plaintiff-Appellant,

v

MARSHALL ROSS WINKLER,
              Defendant-Appellee.

SC: 137014
COA: 278276
Kalamazoo CC: 06-000454-NI

_____/

      On order of the Court, the application for leave to appeal the June 24, 2008 judgment of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the question presented should be reviewed by this Court.



      I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

December 23, 2008

_____
Clerk

p1217